IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 12-cr-00228-REB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     COREY ALAN INNISS,

        Defendant.
_____

**FORFEITURE MONEY JUDGMENT AND PRELIMINARY ORDER OF
FORFEITURE OF SUBSTITUTE ASSETS**
_____

**Blackburn, J.**

The matter is before me on the United States' **Unopposed Motion for Money Judgment and Preliminary Order of Forfeiture of Substitute Assets** [#29][1] filed October 22, 2012. The Court having read said Motion and being fully advised in the premises finds:

The United States and defendant Corey Alan Inniss entered into a Plea Agreement and Stipulation of Facts, which provides a factual basis and cause to issue a forfeiture order under 21 U.S.C. § 853 and Rule 32.2 of the Federal Rules of Criminal Procedure;

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

---

[1] "[#3]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

1

1. That the **Unopposed Motion for Money Judgment and Preliminary Order of Forfeiture of Substitute Assets** [#29] filed October 22, 2012, is **GRANTED**;

2. That defendant Corey Alan Inniss's interest in a money judgment in the amount of $750,000.00 is entered against the defendant in favor of the United States in accordance with 21 U.S.C. § 853. Pursuant to Fed. R. Crim. P. 32.2(b)(4), this Forfeiture Money Judgment shall become final as to the defendant at the time of sentencing and shall be made part of the sentence and included in the judgment;

3. That the United States' Motion for Preliminary Order of Forfeiture of Substitute Assets is granted as to the following:

   a) 701,100.00 to be paid by the defendant at or before sentencing, in lieu of forfeiture of 37088 Soaring Eagle, Windsor, Colorado, which is subject to forfeiture in related civil forfeiture Case No. 09-cv-02467-REB; and

   b) $48,900.00 currently the subject *res* in corresponding civil forfeiture action 10-cv-00785-REB;

4. That on defendant's payment of $701,100.00 and entry of this ORDER, the United States will move to dismiss 37088 Soaring Eagle, Windsor, Colorado, and 2518 Newport, Fort Collins, Colorado in Case No. 09-cv-02467-REB and the $48,900.00 in currency in Case No. 10-cv-00785-REB;

5. That pursuant to the provisions of 21 U.S.C. § 853(p) and Rule 32.2(e)(1)(B), defendant Corey Alan Inniss's interest in the substitute assets identified above are forfeited to the United States for disposition according to law. Such forfeiture shall be in

full satisfaction the defendant's forfeiture money judgment in the amount of $750,000.00; and

      6. That the Court shall retain jurisdiction to enforce this Order and adjudicate the interests of all third-parties in ancillary proceedings.

      Dated October 26, 2012, at Denver, Colorado.

                                       **BY THE COURT:**

                                       */s/ Robert E. Blackburn*
                                       Robert E. Blackburn
                                       United States District Judge